IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)
CASE NO. 3:14-CV-554-S

BLAIR H. RICE     Plaintiff

v.     **NOTICE OF SETTLEMENT**

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS     Defendants
d/b/a WEST VIRGINIA UNIVERSITY
AND
WILLIAMS & FUDGE, INC.

\*\* \*\* \*\* \*\*

       Come the Plaintiff, Blair H. Rice, and the Defendant, West Virginia University Board of Governors d/b/a West Virginia University ("WVU"), each by counsel, and hereby notify the Court that the above-named parties have agreed in principle to a settlement of Plaintiff's claims and are in the process of preparing appropriate settlement documents. The parties request that the Court hold in abeyance Defendant West Virginia University's Motion to Dismiss until such time as the parties further notify the Court regarding settlement.

| HAVE SEEN AND AGREE: | Respectfully submitted, |
|---|---|
| */s/Norrie Clevenger Price (with permission)* | */s/David W. Hemminger* |
| Norrie Clevenger Price | David W. Hemminger |
| STEPTOE & JOHNSON PLLC | LYNCH, COX, GILMAN & GOODMAN P.S.C. |
| 2525 Harrodsburg Road | 500 West Jefferson Street, Suite 2100 |
| Lexington, KY 40504 | Louisville, KY 40202 |
| Telephone, (859) 219-8239 | Telephone, (502) 589-4994 |
| Email, norrie.price@steptoe-johnson.com | Email, dhemminger@lynchcox.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/*David W. Hemminger*
David. W. Hemminger